429 A.2d 74

In re Appt. of John S. Murray, III, Deputy Constable.

Appeal of Murray.

Argued December 5, 1979.   Stanley R. Ott, for appellant;   Gerald J. Mullaney, for Montgomery County, participating party.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J. filed a memorandum dissenting statement.